*H. P. Thornton*, for the plaintiffs.

*R. Crawford*, for the defendants.

---

MOORE *v.* HERNDON.—In error.

*Saturday, November* 16.

THE plaintiff having introduced his testimony was called, on the defendant's motion, and nonsuited. It appeared that when the plaintiff was called, he was in Court and did not answer. *Held*, that the nonsuit was with the implied consent of the plaintiff, and that he was not entitled to a writ of error (1).

(1) In a case where the plaintiff had submitted to a nonsuit, it was held that a writ of error in his favour would not lie. *Evans* v. *Phillips*, 4 Wheat. 73. But if a plaintiff be nonsuited against his consent, he may have a writ of error. *Strother* v. *Hutchinson*, 4 Bingh. 83. See, also, *Pollard* v. *Buttery*, Vol. 3 of these Rep. 239.